THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>SMOKY MOUNTAIN COUNTRY )<br>CLUB PROPERTY OWNERS' )<br>ASSOCIATION, INC. )<br>_____ )<br>)<br>RONNIE C. HEDGEPETH, JR., SHIRA )<br>HEDGEPETH, ROBERT L. YOUNG, )<br>and MARY H. YOUNG, )<br>)<br>      Appellants, )<br>)<br>      vs. )<br>)<br>SMOKY MOUNTAIN COUNTRY )<br>CLUB PROPERTY OWNERS' )<br>ASSOCIATION, INC., and SMCC )<br>CLUBHOUSE, LLC, )<br>)<br>      Appellees. )<br>_____ ) | JUDGMENT IN CASE<br>1:19-cv-360-MR |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2020 Order.

Signed: September 21, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court